UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

                v.

JUAN ROJAS and JOSE MEJICANOS,

           Defendants.
--------------------------------------------------------X

20-CR-130 (CM)

**ORDER**

McMahon, C.J.:

      The Court will hold a telephone conference in this matter on July 29, 2020, at 2:00 p.m., to discuss case status, and to address defendant Mejicanos' alleged pretrial violations. Defense counsel should complete and return the "Defendant Appearance Waiver" form, and file the executed form on the ECF system.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

July 29, 2020

                                          Colleen McMahon
                                          Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/20