```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

Juan Rojas      Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY
TELEPHONECONFERENCE

20 -CR- 130 ( CM )

Defendant ___Juan Rojas___ tele ___ hereby voluntarily consents to participate in the following proceeding via ~~video~~conferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X Status and/or Scheduling Conference - July 29, 2020

___ Misdemeanor Plea/Trial/Sentence

/s/ Juan Rojas (obtained consent on 7/29/20 from client)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defense Counsel's Signature

Juan Rojas
Print Defendant's Name

Frank Riccio
Print Defense Counsel's Name

This proceeding was conducted by reliable tele ~~video~~conferencing technology.

7/29/20
Date

Chief     U.S. District Judge/~~U.S. Magistrate Judge~~