UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

UNITED STATES OF AMERICA

-v-

JUAN ROJAS-BARRIENTOS,

Defendant.

---------------------------------

20-cr-130 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Per the motion filed by defense counsel, ECF No. 79, defendant Juan Rojas-Barrientos withdraws his objections to the pre-sentence report, and the Court adopts the pre-sentence report without changes.

SO ORDERED.

Dated:   New York, NY

August 25, 2022

_____
JED S. RAKOFF, U.S.D.J.

1